# United States District Court

WESTERN DISTRICT OF WASHINGTON

U.S. BANK, NATIONAL ASSOCIATION, a
financial institution doing business in the State
of Washington,
    Plaintiff,

  v.

JUNE HENDERSON, an individual,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5010KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

√ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Plaintiff's Motion of Summary Judgment is GRANTED and Plaintiff is awarded the sum of $82,312.80 with post judgment interest at the federal judgment rate of interest provided in 28 U.S.C. §1961. In addition, the Defendant's Counterclaim is DISMISSED.

August 29, 2007            BRUCE RIFKIN
                      Clerk

                     s/ *Traci Whiteley*
                   By Traci Whiteley, Deputy Clerk